1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANTHONY JACKSON,

                              Petitioner,

        v.

PATRICK H. OISHI,

                              Respondent.

Case No. C14-1995-RSM

ORDER DISMISSING FEDERAL
HABEAS ACTION

15     The Court, having reviewed the Report and Recommendation of Mary Alice Theiler,

16 United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

17     (1)     The Court adopts the Report and Recommendation;

18     (2)     Petitioner's petition for writ of habeas corpus (Dkt. 9) and this action are

19 DISMISSED with prejudice for lack of jurisdiction;

20     (3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the

21 United States District Courts, a certificate of appealability is DENIED;

22 / / /

23 / / /

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1      (4)     The Clerk is directed to send copies of this Order to petitioner and to the

2  Honorable Mary Alice Theiler.

3      DATED this 8 day of April 2015.

4

5

6      RICARDO S. MARTINEZ
       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2